Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Central District of California**

Case number (if known): ______ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name** — Cantor Group III, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)** — 38–4001921

**4. Debtor's address**

**Principal place of business**

520 Newport Center Drive, Ste 480
Number Street

Newport Beach, CA 92660
City State ZIP Code

Orange
County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

9618-9622 Garden Grove Blvd
Number Street

Garden Grove , CA 92844
City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ______

Debtor **Cantor Group III, LLC** Case number *(if known)* ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ____________ When ________ (MM / DD / YYYY) Case number ________

  District ____________ When ________ (MM / DD / YYYY) Case number ________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ____________ Relationship ________

  District ____________ When ________ (MM / DD / YYYY)

  Case number, if known ____________

Debtor **Cantor Group III, LLC** Case number *(if known)* ____________
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number Street

____________

City ____________ State ____ ZIP Code ____________

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________

Contact name ____________

Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Cantor Group III, LLC**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million
- ❑ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million
- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/11/2026**
MM/ DD/ YYYY

✗ **/s/ Ioannis Xilikakis** Following Page
Signature of authorized representative of debtor

**Ioannis Xilikakis**
Printed name

Title **Authorized Agent**

**18. Signature of attorney**

✗ **/s/ William J Wall**
Signature of attorney for debtor

Date **02/11/2026**
MM/ DD/ YYYY

**William J Wall**
Printed name

**Wall Law Office**
Firm name

**26895 Aliso Creek Rd # B-110**
Number Street

**Aliso Viejo** **CA** **92656-5301**
City State ZIP Code

**(949) 387-4300 x105**
Contact phone

**wwall@wall-law.com**
Email address

**203970** **CA**
Bar number State

Debtor **Cantor Group III** Case number *(if known)* ____________
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/11/2026**
MM/ DD/ YYYY

X **/s/ Ioannis Xilikakis** **Ioannis Xilikakis**
Signature of authorized representative of debtor Printed name

Title **Authorized Agent**

**18. Signature of attorney**

X **/s/ William J Wall** Date **02/11/2026**
Signature of attorney for debtor MM/ DD/ YYYY

**William J Wall**
Printed name

**Wall Law Office**
Firm name

**26895 Aliso Creek Rd # B-110**
Number Street

**Aliso Viejo** **CA** **92656-5301**
City State ZIP Code

**(949) 387-4300 x105** **wwall@wall-law.com**
Contact phone Email address

**203970** **CA**
Bar number State

Fill in this information to identify the case:

Debtor name **Cantor Group III, LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Vierergruppe Management Inc.<br>1932 East Deere Avenue Suite 150<br>Santa Ana, CA 92705 | | | | | | $31,125.19 |
| 2 | Service Inc. Irvine<br>9838 Research Drive<br>Irvine, CA 92618 | | | | | | $25,456.50 |
| 3 | C.S.I. Patrol Service, Inc.<br>3605 Long Beach Blvd #205<br>Long Beach, CA 90807-4024 | | | | | | $20,007.00 |
| 4 | Ampress Agency<br>9618 Garden Grove Blvd Suite 211C<br>Garden Grove, CA 92844 | | | | | | $10,356.40 |
| 5 | City Landscaping LLC<br>17305 Mirasol Irvine<br>Irvine, CA 92620 | | | | | | $8,740.00 |
| 6 | Southern California Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | | | | | | $7,505.85 |
| 7 | Smart Key Locksmith<br>25211 Sunnymead Blvd Ste C-4<br>Moreno Valley, CA 92553-4100 | | | | | | $7,099.00 |
| 8 | Moises Camacho<br>5590 W. Mission Blvd.<br>Ontario, CA 91762 | | | | | | $5,480.00 |

Debtor **Cantor Group III, LLC** Case number *(if known)*
Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Amtech Elevator Services<br>Dept LA<br>21592 Pasadena<br>Pasadena, CA 91185-1592 | | | | | | $4,906.40 |
| 10 | AT&T<br>PO BOX 5014<br>Carol Stream, IL 60197-5014 | | | | | | $3,760.40 |
| 11 | City of Garden Grove<br>P.O. BOX 51001<br>Los Angeles, CA 90051-5301 | | | | | | $2,926.74 |
| 12 | Sun Gardening<br>Garden Grove, CA 92841<br>7700 Lampson Ave #115<br>Garden Grove, CA 92841 | | | | | | $2,250.00 |
| 13 | SSD Alarm<br>1740 N. Lemon Street<br>Anaheim, CA 92801 | | | | | | $1,994.94 |
| 14 | Republic Services<br>PO Box BOX 60586<br>City of Industry, CA 91716-0586 | | | | | | $1,888.11 |
| 15 | Ontario Refrigeration Services, Inc.<br>635 South Mountain Avenue<br>Ontario, CA 91762 | | | | | | $979.00 |
| 16 | Alma Vasquez<br>8091 Chapman Ave #11<br>Stanton, CA 90680 | | | | | | $500.00 |
| 17 | Executive Lighting and Electric<br>Anaheim, CA 92806<br>1141 North Cosby Way, Ste A<br>Anaheim, CA 92806 | | | | | | $285.00 |
| 18 | Dominion Disposal<br>1536 E. Pinewood Ave<br>Anaheim, CA 92805 | | | | | | $165.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Alma Vasquez
8091 Chapman Ave #11
Stanton, CA 90680

Ampress Agency
9618 Garden Grove Blvd Suite 211C
Garden Grove, CA 92844

Amtech Elevator Services
Dept LA
21592 Pasadena
Pasadena, CA 91185-1592

AT&T
PO BOX 5014
Carol Stream, IL 60197-5014

C.S.I. Patrol Service, Inc.
3605 Long Beach Blvd #205
Long Beach, CA 90807-4024

City Landscaping LLC
17305 Mirasol Irvine
Irvine, CA 92620

City of Garden Grove
P.O. BOX 51001
Los Angeles, CA 90051-5301

DLA Piper
Atthn Mitchell C. Regenstreif
2000 Avenue of the Stars Suite 400 North
Tower
Los Angeles, CA 90067-4735

Dominion Disposal
1536 E. Pinewood Ave
Anaheim, CA 92805

DS PE Holdco I I LLC
CORPORATION SERVICE Company
251 LITTLE FALLS DRIVE19808

Executive Lighting and
Electric
Anaheim, CA 92806
1141 North Cosby Way, Ste A
Anaheim, CA 92806

Moises Camacho
5590 W. Mission Blvd.
Ontario, CA 91762

Ontario Refrigeration
Services, Inc.
635 South Mountain Avenue
Ontario, CA 91762

Republic Services
PO Box BOX 60586
City of Industry, CA 91716-0586

Service Inc. Irvine
9838 Research Drive
Irvine, CA 92618

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4
Moreno Valley, CA 92553-4100

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

SSD Alarm
1740 N. Lemon Street
Anaheim, CA 92801

Sun Gardening
Garden Grove, CA 92841
7700 Lampson Ave #115
Garden Grove, CA 92841

Vierergruppe Management
Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705

Wall Law Office
26895 Aliso Creek Rd # B-110
Aliso Viejo, CA 92656-5301