**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Attorneys for
Cantor Group III LLC, Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Cantor Group III LLC<br><br>Debtor. | Case No.: 8:26-bk-10416-SC<br><br>Chapter 11<br><br>**STIPULATION WITH DS PE HOLDCO II, LLC, FOR FURTHER EXTENSION OF THE DEADLINE IN 11 U.S.C § 362(d)(3)**<br><br>**[No hearing required under Local Bankruptcy Rule 9013-1]** |

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

Cantor Group III LLC (the "Debtor") and DS PE Holdco II, LLC (the "Secured Creditor"), by and through their respective counsel, stipulate to a further extension of the 90-day deadline set forth in 11 U.S.C. § 362(d)(3) pursuant to the following recitals:

**<u>RECITALS</u>**

1. The Debtor filed a voluntary chapter 11 bankruptcy case on February 11, 2026. The Secured Creditor holds a lien against the real property owned by the Debtor, which is a shopping center in Garden Grove, California (the "Property"). It acquired the underlying loan and lien from Nano Banc, which obtained the prepetition appointment of Douglas Wilson as a

rents and profits receiver (the "Receiver"). The Receiver has collected rents and is in possession of them and has informed the parties that he requires a Court order before the funds can be released. The Receiver is currently paying critical operating expenses.

2. The original deadline for the Debtor to commence making adequate protection payments or to file a chapter 11 plan with a reasonable likelihood of confirmation was May 12, 2026, and has been continued a few times on stipulation of the parties, most recently to August 21, 2026. The Debtor is preparing cash flow projections and the parties are discussing the process for transitioning the Receiver out.

**STIPULATION**

A. Subject to extension by further agreement of the parties or Court order and subject to the approval of the Court, the parties stipulate that the Debtor shall have until September 21, 2026 (the "Extended 362(d)(3) Deadline"), to either commence making payments required by 11 U.S.C. § 362(d)(3) or to file a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time.

B. Unless the parties otherwise agree, any amounts due under 11 U.S.C. § 362(d)(3) shall accrue beginning on May 19, 2026, and shall be due and payable on the Extended 362(d)(3) Deadline.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 21, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Attorneys for Cantor Group III LLC, Debtor

Dated: August 21, 2026

**DLA PIPER LLP (US)**

By: ______________________
David Riley
Counsel for DS PE Holdco II, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION WITH DS PE HOLDCO II, LLC, FOR FURTHER EXTENSION OF THE DEADLINE IN 11 U.S.C § 362(d)(3)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 21, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 21, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |