**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Cantor Group III, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>CANTOR GROUP III, LLC,<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-10416-SC<br><br>Chapter 11<br><br>**NOTICE OF MOTION TO FURTHER AMEND SCHEDULING ORDER REGARDING DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Cantor Group III, LLC, the debtor in this case (the "**Debtor**"), has filed a motion (the “**Motion**”) with the Court requesting that the Scheduling Order entered on May 14, 2026, be further amended to extend the deadline for the Debtor to file its disclosure statement and plan by an additional ninety (90) days. At present, the deadline set by the Court for the Debtor to file its plan is September 9, 2026, subject to further extension for cause shown. The Debtor is informed that its secured lender has no opposition to this request, which is intended to afford the parties additional time to discuss the course for this case. The Debtor is not seeking an extension of the exclusivity periods.

The Court previously granted a motion by the Debtor to amend the Court’s scheduling order and for an extension of the exclusivity periods, extending the deadline for the Debtor to propose its plan and disclosure statement to September 9, 2026, and the deadline for the Debtor to have the exclusive ability to propose a plan to November 9, 2026. The Court’s order was entered on July 15, 2026 (the "**Amended Scheduling Order**").

In recent weeks, the Debtor and the Lender have been discussing the direction of this case, because if the Property is truly overencumbered, then the Debtor cannot sell the Property absent the consent of the Lender. However, the Lender may prefer to have the Debtor sell the Property and, if that is the case, the Debtor will need the Lender to agree to a carve-out for administrative expenses. The Lender has requested financial information to determine how it would prefer to proceed. The Debtor has an application to employ CBRE as its real estate broker prepared, but has not filed it yet pending the outcome of these discussions with the Lender. Given the status of these discussions, the Debtor is not prepared to propose a disclosure statement and plan, and the Lender has indicated that it consents to a further amendment of the Scheduling Order to allow these discussions to continue. At present, the Court is scheduled to hold a hearing on October 14, 2026, at 1:30 p.m. on the Lender's motions to either dismiss the case or for relief from stay and the parties will have made a decision about the direction of the case well before then.

To allow sufficient time for these discussions to occur and for the Property to be listed and marketing begun if that is the course of action agreed to by the Debtor and the Lender, the Debtor is seeking an additional 90-day extension of the deadlines set by the Court.

**FOR FURTHER INFORMATION**, please see the Motion that is on file with the Court or available by contacting the undersigned counsel.

**PLEASE TAKE NOTICE** that any opposition and request for a hearing must be filed with the Court and served on counsel for the Debtor and on the Office of the United States Trustee within fourteen (14) days of service of this Notice if you were served electronically or seventeen (17) days if you were served with this Notice electronically. Failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.

Dated: September 9, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Cantor Group III, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION TO FURTHER AMEND SCHEDULING ORDER REGARDING DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 9, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Jennifer L Nassiri** JNassiri@sheppardmullin.com, xmaurice@sheppardmullin.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

2. **<u>SERVED BY UNITED STATES MAIL</u>**:

Amir Gamliel
Ashurst Perkins Coie
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067-1721

<u>20 Largest Unsecured Creditors</u>

Vierergruppe Management Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705

Service Inc. Irvine
9838 Research Drive
Irvine, CA 92618

C.S.I. Patrol Service, Inc.
3605 Long Beach Blvd #205
Long Beach, CA 90807-4024

Ampress Agency
9618 Garden Grove Blvd, Suite 211C
Garden Grove, CA 92844

City Landscaping LLC
17305 Mirasol Irvine
Irvine, CA 92620

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4
Moreno Valley, CA 92553-4100

Moises Camacho
5590 W. Mission Blvd.
Ontario, CA 91762

Amtech Elevator Services
Dept LA
21592 Pasadena
Pasadena, CA 91185-1592

AT&T
PO BOX 5014
Carol Stream, IL 60197-5014

City of Garden Grove
P.O. BOX 51001
Los Angeles, CA 90051-5301

Sun Gardening
7700 Lampson Ave #115
Garden Grove, CA 92841

SSD Alarm
1740 N. Lemon Street
Anaheim, CA 92801

Republic Services
PO Box BOX 60586
City of Industry, CA 91716-0586

Ontario Refrigeration Services, Inc.
635 South Mountain Avenue
Ontario, CA 91762

Alma Vasquez
8091 Chapman Ave #11
Stanton, CA 90680

Executive Lighting and Electric
Anaheim, CA 92806
1141 North Cosby Way, Ste A
Anaheim, CA 92806

Dominion Disposal
1536 E. Pinewood Ave
Anaheim, CA 92805

County of Orange
Attn: Treasurer-Tax Collector
PO Box 1438
Santa Ana, CA 92702