**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Attorneys for Cantor Group III LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Cantor Group III LLC,<br><br>Debtor. | Case No.: 8:26-bk-10416-SC<br><br>Chapter 11<br><br>**STIPULATION TO FURTHER CONTINUE HEARINGS ON (1) DS PE HOLDCO II, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND (2) DS PE HOLDCO II, LLC'S MOTION TO DISMISS CHAPTER 11 CASE**<br><br>**<u>Hearing Information</u>:**<br>Date: October 14, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

Cantor Group III LLC (the "Debtor") and DS PE Holdco II, LLC (the "Secured Creditor"), by and through their respective counsel, stipulate to a further 90 to 120-day continuance of the hearings on the Secured Creditor's motion for relief from the automatic stay and for other relief and motion to dismiss the Debtor's chapter 11 case (together, the "Motions"), pursuant to the following recitals:

**RECITALS**

1. The Debtor filed a voluntary chapter 11 bankruptcy case on February 11, 2026. The Secured Creditor holds a lien against the real property owned by the Debtor, which is a shopping center in Garden Grove, California.

2. The Secured Creditor filed the Motions and scheduled them for a hearing on April 8, 2026, at 1:30 p.m. The Secured Creditor and the Debtor have previously stipulated to a few continuances of the hearings on the Motions, most recently to October 14, 2026, at 1:30 p.m. The parties are in alignment on the path forward in this case, which is to sell the real property with a carve-out for administrative expenses in the event that the property sells for less than the secured debt. The parties are documenting this agreement and, pending that, stipulate to a further continuance of the hearings.

**STIPULATION**

Based on the foregoing recitals and subject to the approval of the Court, the parties stipulate as follows:

A. The hearings on the Motions should be further continued to February 9, 2027, at 1:30 p.m.

B. Both parties reserve the right to submit further evidence prior to any continued hearing on the Motions and both reserve the right to respond.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 13, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Attorneys for Cantor Group III LLC, Debtor

Dated: October 12, 2026

**DLA PIPER LLP (US)**

By: ______________________
David Riley
Counsel for DS PE Holdco II, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO FURTHER CONTINUE HEARINGS ON (1) DS PE HOLDCO II, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND (2) DS PE HOLDCO II, LLC'S MOTION TO DISMISS CHAPTER 11 CASE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) ______, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 13, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 13, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Eric D. Goldberg** eric.goldberg@us.dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Jennifer L Nassiri** JNassiri@sheppardmullin.com, xmaurice@sheppardmullin.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com