**PACHULSKI STANG ZIEHL & JONES LLP**
Ira D. Kharasch (State Bar No. 109084)
Cia H. Mackle (*Admitted Pro Hac Vice*)
Brooke E. Wilson (State Bar No. 354614)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: ikharasch@pszjlaw.com
cmackle@pszjlaw.com
bwilson@pszjlaw.com

Counsel to the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>**ANDREW STUPIN and JULIE STUPIN,**<br><br>Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**<br><br>[No Hearing Required Unless Requested in Writing] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of Andrew Stupin and Julie Stupin (the "Debtors"), has filed a *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Motion") [Docket No. 329]. The Committee is requesting that the Court grant the Motion without a hearing as provided for in Local Bankruptcy Rule 9013-1(o), unless a party

in interest timely files and serves a written opposition to the Motion and requests a hearing. The Motion is summarized as follows:

1. By the Motion, the Committee seeks to establish a process for payment of compensation and reimbursement of expenses for professionals whose services are authorized by this Court pursuant to §§ 327 and 1103 of the Bankruptcy Code.

2. Given the size and nature of this chapter 11 case, the Debtors and Committee require the assistance of certain professionals to manage the case efficiently and effectively. Accordingly, the Debtor has filed separate applications with the Court to employ and retain, including, without limitation, (i) Levene, Neale, Bender, Yoo & Golubchik, as general bankruptcy counsel, (ii) Force Ten Advisors, LLC, as financial advisor, (iii) Kendall Brill & Kelly LLP, as special white-collar and investigations counsel; (iv) Hochman Salkin Toscher Perez P.C., as special tax counsel; and (v) RRBB Advisors, LLC, as accountants. In addition, the Committee has filed applications to employ and retain Pachulski Stang Ziehl & Jones LLP ("PSZJ") as its counsel, and FTI Consulting, Inc., as its financial advisor.

3. The Motion proposes that the payment of compensation and reimbursement of expenses of the Estate Professionals be structured as follows (the "Interim Compensation Procedures"):

a. Estate Professionals seeking interim allowance of fees and reimbursement of expenses may file a monthly fee statement with the Court on or before the 20th day of each calendar month for services rendered and expenses incurred during the previous month. The first monthly fee statement, covering the period from Petition Date through August 31, 2026, may be filed after entry of an order granting the Motion. Copies of the monthly fee statement must be served on designated notice parties via email and the Court's electronic notification system.

b. Objections to a monthly fee statement must be filed and served within fourteen (14) calendar days of the date the monthly fee statement was physically or electronically mailed, as applicable. If no objection is timely filed, the Estate Professional may file a declaration of service confirming the absence of objections and receive payment of 80% of fees and 100% of expenses not subject to objection. If objections are raised and cannot be resolved, the disputed amounts may be presented to the Court for resolution or deferred until the next interim or final fee application hearing. All monthly fee statements must comply with the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and applicable fee guidelines.

4. The Committee believes that establishing orderly procedures to pay the Estate Professionals will streamline the administration of this chapter 11 case and otherwise promote efficiency for the Court, the Office of the United States Trustee, and all parties in interest. A streamlined process for serving interim and monthly fee applications and notices thereof is in the best interest of the estate because it will facilitate efficient review of, and enable parties to more easily monitor, the Estate Professionals' fees and expenses incurred in this chapter 11 case, while saving the Estate unnecessary copying and mailing expenses, and allow the Debtors and Committee to manage the estate's budget and financing needs.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Motion, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on counsel to the Committee and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice, and Motion, with an additional three days added for any parties served by mail, electronically, or pursuant to Rule 5(b)(2)(D) or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure. Failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Motion is timely filed and served, PSZJ will promptly lodge a proposed order approving the Motion.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Motion may be requested in writing to Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067, T: (310) 277-6910, Attn: Brooke Wilson (bwilson@pszjlaw.com).

Dated: September 3, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s Ira D. Kharasch*
Ira D. Kharasch
Cia H. Mackle
Brooke E. Wilson

Counsel to the Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 3, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 3, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 3, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse 411
West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 3, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Case 8:26-bk-11202-SC

- **Scott R Albrecht** salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Raymond H. Aver** ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **John Bistritz** jack.bistritz@afslaw.com
- **Michael E Bubman** mbubman@mbn.law, aacosta@mbnlawyers.com
- **Greg P Campbell** ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Steven Casselberry** Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- **David Coats** dacoats@raslg.com
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Michael G D'Alba** mgd@lnbyg.com
- **Ryan J DeRose** ryan@parkandlim.com, cathy@parkandlim.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **Amir Gamliel** amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz** ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Nichole Glowin** bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **Robert P Goe** rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Arnold L Graff** agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Adam M Greely** agreely@fbfk.law, dstolar@vrslaw.net
- **Steven T Gubner**
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Sarah Rose Hasselberger** shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **Golsa Honarfar** ghonarfar@rutan.com, dmircheff@rutan.com
- **Mark S Horoupian** mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- **Robert B. Kaplan** rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- **Lior Katz** lior@katzlaw.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- **Marc A Lieberman** marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- **Aaron J Malo** amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- **Sam Maralan** sm@maralanlaw.com
- **Matthew J Marino** mmarino@allenmatkins.com, csandoval@allenmatkins.com
- **Elissa Miller** elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Alan I Nahmias** anahmias@mbn.law, jdale@mbn.law
- **Aram Ordubegian** ordubegian.aram@arentfox.com
- **Carmela Pagay** ctp@lnbyg.com
- **David M Poitras** dpoitras@bg.law
- **Thomas J Polis** tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Joshua L Scheer** jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Daren M Schlecter** daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Zev Shechtman** Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **Robyn B Sokol** robyn.sokol@stinson.com, lydia.moya@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- **Michael G Spector** mgspector@aol.com, mgslawoffice@aol.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **Alan G Tippie** Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Jennifer R Tullius** jtullius@tulliuslaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
-

**2. SERVED BY UNITED STATES MAIL:**

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

Debtor:
Andrew and Julie Stupin
215 5th Street, Suite A
Huntington Beach, CA 92648

Andrea C. Chang
Dentons US LLP
601 S. Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Dylan Houle
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

David J. Root
Bryan Cave Leighton Paisner LLP
1920 Main St Ste 1000
Irvine, CA 92614-7276

Nicholas Rubin, Partner
Force 10 Advisors LLC
5271 California Ave., Suite 270
Irvine, CA 92617

Mark Shinderman
FTI Consulting, Inc.
350 S. Grand Ave., Suite 3000
Los Angeles, CA 90071

Charles J. Snyder, Esq.
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 2500
Los Angeles, CA 90067

Jonathan Kalinski, Esq.
Hochman Salkin Toscher Perez PC
9100 Wilshire Blvd., Suite 900W
Beverly Hills, CA 90212

Suha Uddin
RRBB Advisors LLC
265 Davidson Ave., Suite 210
Somerset, NJ 08873

George Felix
CBRE
18575 Jamboree Rd., Suite 600
Irvine, CA 92612

Robert Stepp
LA Real Estate Group, Inc.
1437 7th Street, Suite 250
Santa Monica, CA 90404

Kim Bibb
Pacific Sotheby's International Realty
1200 Newport Center Drive, Suite 100
Newport Beach, CA 92660