Ira D. Kharasch (State Bar No. 109084)
Cia H. Mackle (*Admitted Pro Hac Vice*)
Brooke E. Wilson (State Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: ikharasch@pszjlaw.com
cmackle@pszjlaw.com
bwilson@pszjlaw.com

Counsel to the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No.: 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**NOTICE TO ESTATE PROFESSIONALS RE SETTING OF HEARING ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>[Local Bankruptcy Rule 2016-1(a)]<br><br>Date: November 17, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 5C[1]<br>U.S. Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") will be held on **November 17, 2026**, at **10:00 a.m. (Pacific Time)** in Courtroom 5C, before the Honorable Scott C. Clarkson, 411 West Fourth Street, Santa Ana, California, for the Court to consider the applications (the "**Applications**") of professionals employed in the above-captioned case (the "**Professionals**") for

[1] The Hearing will be held both in person and remotely. If you wish to appear remotely, please consult Judge Clarkson's calendar several days before the Hearing to obtain login information: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

interim approval of compensation and reimbursement of expenses. Applications may include fees and expenses incurred through September 30, 2026.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2016-1(a)(2)(A), other professional persons retained pursuant to court approval may also seek approval of interim fees at this Hearing, provided that they file and serve their Applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), counsel to the Official Committee of Unsecured Creditors, will be filing and serving a notice (the "**Notice**") of its application for interim approval of fees and expenses. If any Professional wishes for PSZJ to include in the Notice the amount of interim fees and expenses that such Professional will be requesting at the Hearing, such party must furnish this information to Brooke E. Wilson, Esq., Pachulski Stang Ziehl & Jones LLP, One Sansome Street, Suite 3430, San Francisco, CA 94104, Telephone: 415.263.7000, email: bwilson@pszjlaw.com, no later than **October 23, 2026**. Otherwise, any Professional seeking approval of fees and expenses at the Hearing will be required to file and serve its own notice.

Dated: October 1, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By /s/ *Ira D. Kharasch*
Ira D. Kharasch

Counsel to the Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO ESTATE PROFESSIONALS RE SETTING OF HEARING ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 1, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 1, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 1, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Case 8:26-bk-11202-SC**

- **Scott R Albrecht** salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Raymond H. Aver** ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **John Bistritz** jack.bistritz@afslaw.com
- **Michael E Bubman** mbubman@mbn.law, aacosta@mbnlawyers.com
- **Greg P Campbell** ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Steven Casselberry** Steve.Casselberry@procopio.com, jessica.perez@procopio.com;emily.marsh@procopio.com;calendaringbankruptcy@procopio.com;evangelina.myers@procopio.com;lauren.hill@procopio.com
- **David Coats** dacoats@raslg.com
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Michael G D'Alba** mgd@lnbyg.com
- **Ryan J DeRose** ryan@parkandlim.com, cathy@parkandlim.com,shelley@parkandlim.com
- **William B Freeman** bill.freeman@katten.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **John-Patrick M Fritz** jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Amir Gamliel** amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz** ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Nichole Glowin** bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **Robert P Goe** rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Arnold L Graff** agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Adam M Greely** agreely@fbfk.law, dstolar@vrslaw.net
- **Steven T Gubner**
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Sarah Rose Hasselberger** shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **Golsa Honarfar** ghonarfar@rutan.com, dmircheff@rutan.com
- **Mark S Horoupian** mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com;courtmail@gmlaw.com
- **Robert B. Kaplan** rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- **Lior Katz** lior@katzlaw.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com;courtmail@gmlaw.com
- **Marc A Lieberman** marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- **Aaron J Malo** amalo@sheppardmullin.com, hudenka@sheppard.com;mlinker@sheppard.com
- **Sam Maralan** sm@maralanlaw.com
- **Matthew J Marino** mmarino@allenmatkins.com, csandoval@allenmatkins.com
- **Elissa Miller** elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;courtmail@gmlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Arlen Moradi** arlen.moradi@katten.com, courtalertlax@katten.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Alan I Nahmias** anahmias@mbn.law, jdale@mbn.law
- **Aram Ordubegian** ordubegian.aram@arentfox.com
- **Carmela Pagay** ctp@lnbyg.com
- **David M Poitras** dpoitras@bg.law
- **Thomas J Polis** tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Joshua L Scheer** jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Daren M Schlecter** daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Zev Shechtman** Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **Robyn B Sokol** robyn.sokol@stinson.com, lydia.moya@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com
- **Michael G Spector** mgspector@aol.com, mgslawoffice@aol.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **Alan G Tippie** Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Jennifer R Tullius** jtullius@tulliuslaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
-

## 2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593 | | |
| Debtor:<br>Andrew and Julie Stupin<br>215 5th Street, Suite A<br>Huntington Beach, CA 92648 | DENTONS US LLP<br>Attn: Andrea C. Chang<br>601 South Figueroa St., Suite 2500<br>Los Angeles, CA 90017-5704 | PERKINS COIE LLP<br>Attn: Amir Gamliel; Dylan Houle<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721 |
| Bryan Cave Leighton Paisner LLP<br>Attn: Martin W. Taylor; David J. Root<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614 | Force 10<br>Attn: Nicholas Rubin<br>5271 California Avenue, Suite 270<br>Irvine, CA 92617 | FTI Consulting, Inc.<br>Attn: Mark Shinderman<br>350 S. Grand Ave., Suite 3000<br>Los Angeles, CA 90071 |
| Kendall Brill & Kelly LLP<br>Attn: Charles J. Snyder<br>10100 Santa Monica Blvd., Ste. 2500<br>Los Angeles, California 90067 | Hochman Salkin Toscher Perez P.C.<br>Attn: Jonathan Kalinski<br>9100 Wilshire Blvd., Suite 900W<br>Beverly Hills, California 90212 | RRBB Advisors, LLC<br>Attn: Suha Uddin<br>265 Davidson Avenue, Suite 210<br>Somerset, NJ 08873 |
| CBRE<br>Attn: George Felix<br>18575 Jamboree Rd., Suite 600<br>Irvine, CA 92612 | LA Real Estate Group, Inc.<br>Attn: Robert Stepp<br>1437 7th Street, Suite 250<br>Santa Monica, CA 90404 | Pacific Sotheby’s International Realty<br>Attn: Kim Bibb<br>1200 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660 |
| | | |
| Zion Bancorporation, N.A.<br>dba California Bank & Trust<br>Attn: Jeffrey Hill<br>707 Wilshire Blvd., Suite 5700<br>Los Angeles, CA 90017 | Preferred Bank<br>Attn: Carol Lee<br>601 S. Figueroa St., 48th Floor<br>Los Angeles, CA 90017 | Banc of California<br>Attn: Brian Farrell - Legal Dept<br>3 MacArthur Place<br>Santa Ana, CA 92707 |
| Western Alliance Bank<br>c/o Al Thuma<br>One East Washington Street, #1400<br>Phoenix, AZ 85004 | Gerald J. Marcil<br>43 Malaga Cove Plaza, #D<br>Palos Verdes, CA 90274 | LBC3 Trust, a Delaware Statutory Trust<br>Attn: Henry Bensen<br>106 Chestnut Street E<br>Stillwater, MN 55082 |
| Conejo Loan Investors, LLC<br>Attn:Jack<br>2625 Alcatraz Ave., #214<br>Berkeley, CA 94705 | Kimm Paglia<br>c/o Marshack Hay Wood LLP<br>870 Roosevelt<br>Irvine, CA 92620 | Mark Genis<br>697 Corte Estrella<br>Camarillo, CA 93010 |
| Clearedge Lending<br>20 Enterprise, Suite 300<br>Aliso Viejo, CA 92656 | Comerica Bank<br>1717 Main Street<br>Dallas, TX 75201 | County of Orange<br>P.O. Box 1438<br>Santa Ana, CA 92702-1438 |
| First Bank<br>Attn: Payment Processing<br>PO Box 790269<br>Saint Louis, MO 63179 | First Choice Bank<br>17785 Center Court Drive<br>Suite 750<br>Cerritos, CA 90703 | Rocket Mortgage<br>PO Box 6577<br>Carol Stream, IL 60197-6577 |

| | | |
|---|---|---|
| Secured Income Fund-II<br>c/o PLM Lender Services, Inc.<br>5446 Thornwood Drive.2nd Floor<br>San Jose, CA 95123 | The Evergeen Advantage<br>1424 4th Street, Suite 777<br>Santa Monica, CA 90401 | VL Ventures LLC<br>1303 Avocado Av, Suite 200<br>Newport Beach, CA 92660 |
| Abraham & Linda Rayhaun<br>6455 Marigayle Cir.<br>Huntington Beach, CA 92684 | Dan Genis<br>2661 Tallant Road, #MN708<br>Santa Barbara, CA 93105 | Daniel Mayhew<br>8941 Atlanta Ave. #351<br>Huntington Beach, CA 92646 |
| David Schiff<br>100 Ocean Ave. Unit C300<br>Santa Monica, CA 90402 | Denise Simon<br>2222 Avenue of the Stars, #1902<br>Los Angeles, CA 90067 | Fletcher Jones Motor Cars, Inc.<br>3300 Jamboree Road<br>Newport Beach, CA 92660 |
| Gibson Family Trust<br>12 Whalers Bluff<br>Newport Coast, CA 92657 | Global Medical Systems<br>10391 E. Rosemary Lane<br>Scottsdale, AZ 08255 | Jane Torpipat & Don Torpipiat<br>11310 Carob Cir.<br>Fountain Valley, CA 92708 |
| Jim & Cheryl Markham<br>c/o Sonja Rapparport<br>23 Vista Del Valle<br>Aliso Viejo, CA 92656 | Julie Kaplan<br>47 Paloma, #B<br>Venice, CA 90291 | Karen Kaplan Revocable Trust<br>1509 Elton Lane<br>Austin, TX 78703 |
| Larry Barker<br>105 Golden Glen Way<br>Fayetteville, GA 30214 | Mel Remba<br>2446 Apollo Drive<br>Los Angeles, CA 90046 | Michael Kaplan<br>PO Box 277<br>Surfside, CA 90743 |
| PLM Lender Services, Inc.<br>5446 Thornwood Drive, 2nd Floor<br>San Jose, CA 95123 | Robert & Mai Linh Purdy<br>1718 Port Charles Place<br>Huntington Beach, CA 96248 | Rocket Mortgage<br>PO Box 6577<br>Carol Stream, IL 60197-6577 |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165 | The Process Server<br>960 N Tustin Street #304<br>Orange, CA 92687 | |