William B. Freeman (SBN 137276)
Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste 1100
Los Angeles, CA 90067-5010
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
bill.freeman@katten.com
arlen.moradi@katten.com

Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
michaela.crocker@katten.com

Attorneys for Bank of America, N.A.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN AND JULIE STUPIN,<br><br>Debtor. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>**NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR BANK OF AMERICA, N.A.**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)]** |

Pursuant to Local Bankruptcy Rule 2091-1 and 9013-1(p), William Freeman, Michaela Crocker, and Arlen Moradi of Katten Muchin Rosenman LLP (collectively, the "**Movants**") file this motion (the "**Motion**") for entry of an order, substantially in the form attached as Exhibit A (the "**Proposed Order**"), authorizing Movants to withdraw as counsel to Bank of America, N.A. ("**BofA**"). In support of this Motion Movant states as follows.

1. Movants are counsel of record for BofA in this case.

2. BofA previously held a claim against the Debtors, as reflected in Proof of Claim No. 46 filed in this case.

3. BofA recently sold its claim to a third party and no longer holds an interest in this case. As such, BofA will not be prejudiced by Movants' withdrawal, and Movants' withdrawal will not delay any matters in this case.

4. Movants further request to be removed from the CM/ECF service list in this case.

Wherefore, Movants respectfully request that the Court enter the Proposed Order granting Movants request to withdraw their appearances as attorneys of record for BofA and be removed from the CM/ECF service list.

//

//

DATED: October 5, 2026

**KATTEN MUCHIN ROSENMAN LLP**

/s/ *Arlen P. Moradi*

William B. Freeman (SBN 137276)
Arlen P. Moradi (SBN 353956)
KATTEN MUCHIN ROSENMAN LLP
2121 Avenue of the Stars, Ste 1100
Los Angeles, CA 90067-5010
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
bill.freeman@katten.com
arlen.moradi@katten.com

Michaela C. Crocker (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
michaela.crocker@katten.com

*Attorneys for Bank of America, N.A.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Ste 1100
Los Angeles, CA 90067-5010

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR BANK OF AMERICA, N.A.**

will be served or was served ~~**(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and~~ ~~**(b)**~~ in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/5/26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law
- Michaela C Crocker michaela.crocker@katten.com, courtalertlax@katten.com
- Dora Duru dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- William B Freeman bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- Golsa Honarfar ghonarfar@rutan.com, dmircheff@rutan.com
- Ira David Kharasch ikharasch@pszjlaw.com
- Robert S Marticello rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Kenneth Misken Kenneth.M.Misken@usdoj.gov
- Arlen Moradi arlen.moradi@katten.com, courtalertlax@katten.com
- Stephen M. Mott smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- David M Poitras dpoitras@bg.law
- David James Root david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Martin W Taylor marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor5681@ecf.pacerpro.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Christopher A Ward cward@lowenstein.com, lsuprum@lowenstein.com
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss7104@ecf.pacerpro.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 5, 2026 | Arlen P. Moradi | /s/ *Arlen P. Moradi* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |